```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11564
    RENEE D WHITMAN
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-2172


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/14/06 and confirmed on 11/13/06.

    2.  The case was dismissed after confirmation, 03/07/2008.

    3.  The Debtor paid a total of $   3925.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | 3927.38 | 7.48 | 400.00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4801.78 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY FAMILY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 227.40 | .00 | .00 |
| HINSDALE ORTHOPAEDIC ASS | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2678.33 | .00 | .00 |
| LABORATORY CORP OF AMERI | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 106.73 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY FAMILY PRACTIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 335.78 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 500.77 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRISTAR TITLE | UNSECURED | 2573.99 | .00 | .00 |
| VALLEY EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 521.61 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3166.83 | .00 | .00 |
| COMED | FILED LATE | .00 | .00 | .00 |

            Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED          OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   3927.38          .00     14913.22            .00       18840.60
PRINCIPAL PAID        400.00          .00          .00            .00         400.00
INTEREST PAID           7.48          .00          .00            .00           7.48
TOTAL PAID            407.48          .00          .00            .00         407.48
```
The Debtor's attorney, RICHARD E SEXNER             , was allowed $   3902.50
and was paid $     540.00  direct and $   3362.50  through the plan.

The Trustee received $    155.02 .

Refunds to the Debtor totaled $         .00 .

　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 06 B 11564 RENEE D WHITMAN